UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 26 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 04-10024 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00010-ARM |
| v. | District of the Northern Mariana Islands |
| BERT DOUGLAS MONTGOMERY, | |
| Defendant - Appellant. | ORDER |

FILED
Clerk
District Court

AUG - 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| UNITED STATES OF AMERICA, | No. 04-10026 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00010-ARM |
| v. | District of the Northern Mariana Islands |
| TOMAS B. ALDAN, | |
| Defendant - Appellant. | |

Before: D.W. NELSON, KOZINSKI, and BEA, Circuit Judges.

This case is resubmitted effective July 22, 2005.