# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

FILED
Clerk
District Court

AUG 25 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>BERT DOUGLAS MONTGOMERY,<br><br>Defendant - Appellant. | No. 04-10024<br>D.C. No. CR-02-00010-ARM<br><br>**JUDGMENT** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>TOMAS B. ALDAN,<br><br>Defendant - Appellant. | No. 04-10026<br>D.C. No. CR-02-00010-ARM<br><br>**JUDGMENT** |

Appeal from the United States District Court for the Northern Mariana Islands.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Northern Mariana Islands and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED IN PART, REMANDED** IN PART.

Filed and entered 07/27/05

A TRUE COPY
ATTEST  8/18/05

CATHY A. CATTERSON
Clerk of Court

by:
Deputy Clerk