FILED
Clerk
District Court

AUG 25 2006

For The Northern Mariana Islands
By________
(Deputy Clerk)



MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court, NORTHERN | District OF MARIANA ISLANDS |
|---|---|
| Name (under which you were convicted): TOMAS B. ALDAN | Docket or Case No.: CV 06-0024 |
| Place of Confinement: TAFT CORRECTIONAL INST. | Prisoner No.: 00394-005 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) TOMAS B. ALDAN |

v.

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS, SAIPAN, MP.

   (b) Criminal docket or case number (if you know): CR 02-00010-004

2. (a) Date of the judgment of conviction (if you know): JUNE 20, 2003

   (b) Date of sentencing: JANUARY 12, 2004

3. Length of sentence: 10 YEARS

4. Nature of crime (all counts): COUNT 1; CONSPIRACY TO COMMIT WIRE FRAUD, 18 USC §§ 371/1343 : COUNT 5; WIRE FRAUD, 18 USC § 1343. COUNT I ALLEGED FAILURE "TO DISCLOSE ALL TRANSACTIONS TO THE BANK'S BOARD OF DIRECTORS": COUNT 5 ALLEGED WIRE OF BANK FUNDS BY MEANS OF FRAUDULENT PRETENSES, SPECIFICALLY $240,000 TO HONG SENG BANK IN HONG KONG, CHINA.

5. (a) What was your plea? (Check one)

   (1) Not guilty XX (2) Guilty ☐ (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? ________

6. If you went to trial, what kind of trial did you have? (Check one) Jury XX Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ❑ No XX

8. Did you appeal from the judgment of conviction? Yes XX No ❑

9. If you did appeal, answer the following:

(a) Name of court: NINTH CIRCUIT COURT OF APPEALS

(b) Docket or case number (if you know): No. 04-10026

(c) Result: AFFIRMED; REMANDED FOR RESENTENCING

(d) Date of result (if you know): JULY 27, 2005

(e) Citation to the case (if you know): ______

(f) Grounds raised: THAT THE DISTRICT COURT ERRONEOUSLY REFUSED A BANK EMPLOYEE FROM ANSWERING A QUESTION RAISED BY DEFENSE COUNSEL, TO WIT WHETHER MS. LEE FRANCIA KNEW ANYTHING ABOUT ALDAN CONSPIRING WITH MONTGOMERY TO DEFRAUD THE BANK

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes ❑ No X

If "Yes," answer the following:

(1) Docket or case number (if you know): ______

(2) Result: ______

(3) Date of result (if you know): ______

(4) Citation to the case (if you know): ______

(5) Grounds raised: ______

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ❑ No XX

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: N/A

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ❑ No ❑ N/A

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: N/A

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ❑ No ❑

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ❑ No ❑

(2) Second petition: Yes ❑ No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: COUNSEL WAS INEFFECTIVE, IN VIOLATION OF THE SIXTH AMENDMENT, WHEN HE FAILED TO PREPARE FOR THE TRIAL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

COUNSEL DID NOT EVEN MEET ONCE BEFORE TRIAL TO PREPARE. HAD HE DONE SO THEN THE MANY BANK DOCUMENTS AVAILABLE COULD HAVE BEEN PREPARED, AND THE MANY WITNESSES COULD HAVE BEEN MADE READY TO TESTIFY, AND PROVE THAT ALDAN DID NOT CONSPIRE TO DEFRAUD THE BANK.

SEE ATTACHED MEMORANDUM IN SUPPORT OF MOTION

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No XX

(2) If you did not raise this issue in your direct appeal, explain why:

INEFFECTIVE ASSISTANCE OF COUNSEL CLAIMS CANNOT, GENERALLY, BE RAISED IN DIRECT APPEAL.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑ No X

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): N/A

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑ N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑ N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑ N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

GROUND TWO: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑ No X

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **N/A**

GROUND THREE: **N/A**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑ No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

GROUND FOUR: **N/A**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ______

______________________________________________

______________________________________________

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ______________________________

______________________________________________

______________________________________________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑ No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______________________________

Name and location of the court where the motion or petition was filed: ______________________________

______________________________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available): ______________________________

______________________________________________

______________________________________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________________

______________________________________________

______________________________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available): ______________________________

______________________________________________

______________________________________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: **N/A**

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ❑ No**XX**

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: **MR. JOEY ARRIOLA SAIPAN**

(b) At arraignment and plea: **SAME**

(c) At trial: **SAME**

(d) At sentencing: **HOWARD TRAPP. SUITE 200, SAYLOR BLDG., 139 CHALAN SANTO PAPA, HAGATNA, GUAM 96910**

(e) On appeal: **HOWARD TRAPP**
**GUAM**

(f) In any post-conviction proceeding: **N/A**

(g) On appeal from any ruling against you in a post-conviction proceeding:
**N/A**

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ❑ No **XX**

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ❑ No **XX**

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______

(b) Give the date the other sentence was imposed: ______

(c) Give the length of the other sentence: ______

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ❑ No**XX**

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* **THIS MOTION IS TIMELY. THE FINAL ACTION OF THIS COURT OCCURRED ON SEPTEMBER 06, 2005, WHEN THE COURT DENIED RESENTENCING FOLLOWING REMAND FROM NINTH CIRCUIT.**

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: ______________

**THAT THE COURT GRANT A NEW TRIAL BASED UPON COUNSEL'S DEFICIENT REPRESENTATION DURING TRIAL**

or any other relief to which movant may be entitled.

**N/A**

______________________________

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __________ __________ (month, date, year).

Executed (signed) on ____________________ (date).

______________________________

Signature of Movant

**TOMAS ALDAN**

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. **N/A**

IN FORMA PAUPERIS DECLARATION

______________________________

[Insert appropriate court]

* * * * *