```
                                               F I L E D
                                                   Clerk
                                               District Court

                                               OCT - 5 2006

TOMAS B. ALDAN
Register No. 00394-005                         For The Northern Mariana Islands
c/o FCI TAFT                                   By_____
1500 Cadet Road                                     (Deputy Clerk)
Taft, California 93268

Defendant
```

### DISTRICT COURT FOR THE
### NORTHERN MARIANA ISLANDS

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No. 02-00010 |
| Plaintiff, | (Civ. Case No. 06-0024) |
| vs. | NOTICE OF APPEAL |
| BERT DOUGLAS MONTGOMERY, DUSEAN BERKICH, and TOMAS B. ALDAN, | |
| Defendants. | |

---

Notice is hereby given that Tomas B. Aldan, one of the Defendants in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying his motion under 28 U.S.C. § 2255 entered in this action on September 5, 2006.

Dated at Taft, California, this 26 day of Sept, 2006.

_____
TOMAS B. ALDAN
Defendant

(DOCUMENT\NtcofAppl.TAldan)