UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 27 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>TOMAS B. ALDAN,<br><br>Defendant - Appellant. | No. 07-15113<br><br>D.C. Nos. CR-02-00010-1-ARM<br>CV-06-00024-ARM<br>District of the Northern Mariana Islands<br><br>ORDER |

FILED
Clerk
District Court

JAN -3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Before:   W. FLETCHER and FISHER, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions and requests are denied.



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 27 2007

by
Deputy Clerk