1  **ALDAN_T.3dep**

2  LEONARDO M. RAPADAS
   United States Attorney
3  JESSICA F. CRUZ
   Assistant U.S. Attorney
4  MIKEL W. SCHWAB
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam 96910
   TEL: (671) 472-7332
7  FAX: (671) 472-7215

8
                         IN THE UNITED STATES DISTRICT COURT
9
                         FOR THE NORTHERN MARIANA ISLANDS
10

11 | UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 02-00010
   |                                  )
12 |           Plaintiff,             )
   |                                  )
13 |     vs.                          )   NOTICE OF INTENTION TO TAKE
   |                                  )   THIRD PARTY ORAL DEPOSITION
14 | TOMAS B. ALDAN,                  )   WITH SUBPOENA DUCES TECUM
   |                                  )
15 |           Defendant.             )
   | _____  )

16
   TO:   Elizabeth C. Aldan
17         P.O. Box XXXXXX
           Saipan, MP 96950
18

19      Please take notice that the United States of America, the plaintiff and judgment creditor

20 herein, will on May 19, 2008 take third party oral deposition of Elizabeth C. Aldan, in the above

21 styled and number case pursuant to Rules 30 and 69(a) of the Federal Rules of Civil Procedure

22 and in aid of collecting its judgment.

23      Said third party deposition will take place at the offices of the United States Attorney, 3rd

24 Floor, Horiguchi Building, Garapan, Saipan, MP at 9:00 a.m. on May 19, 2008 and will continue

25 until completed.  Said deposition will be taken before a Certified Court Reporter and will be

26 taken upon oral examination for the purpose of discovery or as evidence or both pursuant to the

27 Federal Rules of Civil Procedure.

28 //

1  Notice is hereby further given that at this deposition, Elizabeth C. Aldan, is hereby
2  required to produce all documents described in the accompanying Schedule A.
3  DATED, this 7th day of March, 2008.

                                          LEONARDO M. RAPADAS
                                          United States Attorney
                                          Districts of Guam and the NMI

                             By:    /s/ Jessica F. Cruz
                                        JESSICA F. CRUZ
                                        Assistant U.S. Attorney
                                        Jessica.F.Cruz@usdoj.gov
                                        MIKEL W. SCHWAB
                                        Assistant U.S. Attorney
                                        mikel.schwab@usdoj.gov

SCHEDULE A TO NOTICE OF INTENT TO TAKE
THIRD PARTY ORAL DEPOSITION WITH SUBPOENA DUCES TECUM

1. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where any sole proprietorship, partnership or corporation in which you are joint with Tomas B. Aldan and owns any interest.

2. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where you, joint with Tomas B. Aldan, have an account of any kind, including but not limited too, time certificate of deposits.

3. All trust agreements in which you, joint with Tomas B. Aldan, are named settlor, trustee, or beneficiary.

4. All deeds, leases, contracts, and other documents evidencing encumbrances of any kind on real property owned jointly with Tomas B. Aldan.

5. All deeds of trusts, mortgages, or other documents evidencing encumbrances of any kind on real property owned jointly with Tomas B. Aldan in which you, joint with Tomas B. Aldan, have any ownership interest.

6. A listing of all stock, bonds, or other securities of any class you own jointly with Tomas B. Aldan, including options to purchase any securities and the actual instruments if in your possession.

7. Current brokerage statements for the past twelve (12) months from any stock brokerage firm or similar entity where you, joint with Tomas B. Aldan, have an account of any kind.

8. Title to any motor vehicle jointly owned with Tomas B. Aldan.

9. All life insurance policies held by you in which Tomas B. Aldan is either the insured or the beneficiary.

10. All promissory notes held by you, and all other documents evidencing any money owed to you, jointly with Tomas B. Aldan, either now or in the future.

11. All deeds, titles, bills of sale, or other documents prepared in connection with any transfer of real or personal property made with you to Tomas B. Aldan or jointly with Tomas B. Aldan, either by gift, sale, or otherwise.

12. All documents evidencing any interest you have with Tomas B. Aldan in any pension plan, retirement fund, or profit sharing plan.